## CASE ANNOUNCEMENTS

*March 19, 2008*

[Cite as *03/19/2008 Case Announcements*, 2008-Ohio-1215.]

## MOTION AND PROCEDURAL RULINGS

2007–1358.  Zajc v. Hycomp, Inc.
Cuyahoga App. No. 88421, 172 Ohio App.3d 117, 2007-Ohio-2637. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's

motion to stay briefing,

It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*March 20, 2008*

[Cite as *03/20/2008 Case Announcements*, 2008-Ohio-1236.]

## MOTION AND PROCEDURAL RULINGS